TRINA A. HIGGINS, United States Attorney (#7349)
CAMERON P. WARNER, Assistant United States Attorney (#14364)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY OWEN PAWLEY,<br><br>Defendant. | Case No. 2:24mj490-DAO<br><br>FELONY COMPLAINT<br><br><u>COUNT 1</u><br>Violation of 21 U.S.C. § 841(a)(1)<br>(Possession of Methamphetamine with Intent to Distribute (>500 grams))<br><br><u>COUNT 1</u><br>Violation of 21 U.S.C. § 841(a)(1)<br>(Possession of Fentanyl with Intent to Distribute)<br><br>Judge Daphne A. Oberg |

Before the Honorable Daphne A. Oberg, United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**<u>COUNT 1</u>**
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about May 9, 2024, in the District of Utah,

ANTHONY OWEN PAWLEY,

1

the defendant herein, did knowingly and intentionally possess with intent to distribute five hundred (500) grams more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT 2
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about May 9, 2024, in the District of Utah,

ANTHONY OWEN PAWLEY,

the defendant herein, did knowingly and intentionally possess with intent to distribute Fentanyl, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

Complainant, Ricardo Franco, being duly sworn, hereby states the following:

1. I am a detective with Salt Lake City Police Department (SLCPD) and am currently assigned to the Robbery/Violent Crimes Unit. I have been a certified police officer in the state of Utah since October 2003 and have been employed with SLCPD since March 2019. Prior to SLCPD, I was continuously employed as an officer and/or detective with West Valley City Police Department (WVCPD), Cottonwood Heights Police Department, and Park City Police Department. As an

officer and a detective, I have investigated cases involving the unlawful possession of firearms. I am currently a Task Force Officer (TFO) with the Bureau of Alcohol Tobacco, Firearms, and Explosives (ATF), where I am assigned to investigate federal offenses involving firearms. I have been assigned as such since January 2024.

2. The statements in this affidavit do not contain all known information but rather only those facts believed necessary to establish probable cause for the requested Complaint. I am familiar with the facts and circumstances set forth herein as a result of a review of official reports and records, discussions with other law enforcement officers, any my own investigative efforts, as more fully described below. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant for ANTHONY OWEN PAWLEY for violations of 21 U.S.C. § 841(a)(1) (Possession of Fentanyl and Methamphetamine with Intent to Distribute). Both offenses are classified as felonies.

**PROBABLE CAUSE**

3. On May 9, 2024, detectives assigned to the SLCPD Violent Criminal Apprehension Team were conducting proactive patrols in Salt Lake City when they observed a vehicle back out of a driveway of 1593 West California Avenue and then drive eastbound on California Avenue.

4. The detectives observed the vehicle merge into the left turn lane without signaling prior to the merge. A traffic stop was then conducted on the vehicle during which a canine officer responded on scene.

5. The canine officer performed an exterior sniff of the vehicle and gave a positive indication for the presence of narcotics. The detectives then searched the vehicle. Inside, they found approximately 5 pounds of suspected methamphetamine and several hundred blue pressed pills suspected to contain fentanyl.

6. The driver of the vehicle, ANTHONY OWEN PAWLEY, was detained and advised of his constitutional rights. He then admitted that the suspected methamphetamine belonged to him and that additional methamphetamine was located at his residence.

7. The detectives obtained search warrants for PAWLEY's residence and a storage unit located in Murray. Upon executing the warrants they found approximately 40 pounds of suspected methamphetamine at PAWLEY's residence and approximately 15,000 fentanyl pills, along with two firearms, at his storage unit.

8. The suspected drugs were field tested and confirmed to contain methamphetamine and fentanyl.

The elements for a violation of 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute, are (1) that the defendant knowingly possessed a controlled substance; (2) the controlled substance was methamphetamine, a

schedule II controlled substance; and (3) the defendant possessed this methamphetamine with intent to distribute it.

The elements for a violation of 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute, are (1) that the defendant knowingly possessed a controlled substance; (2) the controlled substance was fentanyl, a schedule II controlled substance; and (3) the defendant possessed this fentanyl with intent to distribute it.

Based on the foregoing information, I respectfully request that a warrant of arrest be issued for ANTHONY OWEN PAWLEY for violations of 21 U.S.C. § 841(a)(1). I swear the information contained in this affidavit is true and correct to the best of my knowledge, information, and belief.

DATED this 13th day of May, 2024.

*/s/ Ricardo Franco*
Affiant, Detective Ricardo Franco, SLCPD, ATF TFO

SUBSCRIBED AND SWORN to before me via video-teleconference this 13th day of May, 2024.

Daphne A. Oberg
U.S. Magistrate Judge, District of Utah

APPROVED:
TRINA A. HIGGINS
United States Attorney

*/s/ Cameron P. Warner*
Cameron P. Warner
Assistant United States Attorney